483 F.2d 590
 Roger KIRKLAND, Plaintiff-Appellant,
v.
SHELL OIL COMPANY and Toxie Lee Schmidt et al., Defendants-Appellees.
 No. 71-3152.
 United States Court of Appeals,
Fifth Circuit.
 June 19, 1973.
Certiorari Denied Dec. 3, 1973.
See 94 S.Ct. 584.
 
 Carl J. Barbier, New Orleans, La., for plaintiff-appellant.
 Al J. Moore, Herschel E. Richard, Jr., New Orleans, La., for defendants-appellees.
 Before JOHN R. BROWN, Chief Judge, and RIVES and CLARK, Circuit Judges.
 PER CURIAM:
 
 
 1
 This case consolidated for the purpose of oral argument with Nations v. Morris, 5 Cir., 1973, 483 F.2d 577, is controlled by that opinion.
 
 
 2
 Affirmed.